USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LORENA MARTINEZ AGUILAR and :
MANUEL CARRANZA CAYETANO, :
*individually and on behalf of others similarly* :
*situated,* :
:
                         Plaintiffs, : **ORDER**
:
                  -v- : 19-CV-621 (GHW) (JLC)
:
VBFS INC., *d/b/a* M&M MARKET DELI, :
VIRGILIA BRANCO, and FERNANDO PINHO :
SANCHES, :
:
                        Defendants. :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated October 18, 2019 (Dkt. No. 44), Judge Woods referred this case to me for settlement. On October 18, I directed the parties to advise the Court within 30 days of the date of that Order when they wish to schedule a settlement conference. Dkt. No. 45. To date, the parties have failed to comply with this Order. The parties are hereby ordered to advise the Court by **Tuesday, December 3, 2019** when they wish to schedule a settlement conference, in accordance with the procedures laid out in the October 18 Order.

      **SO ORDERED.**

Dated: November 25, 2019
       New York, New York

                                                                                           JAMES L. COTT
                                                                                          United States Magistrate Judge