# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

December 4, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/19
```

**BY ECF**  
Hon. Gregory H. Woods  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: Martinez Aguilar et al v. VBFS Inc. et al  
19-cv-00621-GHW

Dear Judge Woods:

This firm represents Plaintiffs Lorena Martinez Aguilar, Manuel Carranza Cayetano, Fidadelfo Baldemar Rojas Lopez, Luis Alberto Romano Pareja, and Florindo Flores-Ramales in the above-referenced action. I respectfully request, jointly with Defendants, an extension of the deadline to file the joint pretrial order and additional pretrial materials, from December 6, 2019 to December 11, 2019.

This is the first request for an extension of time to submit the pretrial materials. The reason for the request is that although the parties have begun to exchange the pretrial materials, we anticipate needing additional time to attempt to resolve any disagreements and submit joint pretrial materials. We do not anticipate that the extension will necessitate any other extensions or adjournments of any other dates. We note that trial in the action is scheduled for February 18, 2020 and the final pretrial conference is scheduled for February 3, 2020.

We thank the Court for its attention to this matter.

*Certified as a minority-owned business in the State of New York*

Respectfully submitted,

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:   /s/ Joshua S. Androphy
       Joshua S. Androphy
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       Telephone: (212) 317-1200
       Facsimile: (212) 317-1620
       *Attorneys for Plaintiffs*

cc:   Nils Shillito (by ECF)

Application granted. The pre-trial materials described in the Court's June 5, 2019 order setting trial are due no later than December 11, 2019.

SO ORDERED.

Dated: December 5, 2019
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge