# STEPHEN D. HANS
## & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/19
```

December 12, 2019

*VIA ECF*

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: <u>Aguilar, et al. v. VBFS, Inc., et al.
Case No. 19 CV 621 (GHW)</u>

Dear Judge Woods:

This firm represents the defendants in connection with the above-referenced action. I write jointly with the consent of counsel for the plaintiffs to respectfully request a further extension of time until December 20, 2019 for the parties to file their proposed joint jury instructions and verdict forms.

This is the parties' second request for such an extension of time. Your Honor previously granted the parties' first request for an extension of time to submit the joint pretrial order and all other required pretrial submissions from the original deadline of December 6, 2019 until December 11, 2019. Yesterday, the parties filed the joint pretrial order, the proposed statement to be read to the venire, and joint proposed *voir dire* questions. However, the parties require the requested additional time to continue to work to resolve remaining disagreements with respect to the proposed joint jury instructions and verdict forms.

Granting this request should not affect any other deadlines or dates in this action. The final pretrial conference is scheduled for February 3, 2020 and the trial is scheduled to begin on February 18, 2020. The parties thank the Court for its attention to this matter.

Sincerely,

Nils C. Shillito

Application granted. The parties are directed to file their proposed jury instructions and verdict form by no later than December 20, 2019. Additionally, the Court has not received copies of the parties' trial exhibits or their proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements. Those materials should be submitted by no later than December 20, 2019.
SO ORDERED.

Dated: December 16, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge