```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
LORENA MARTINEZ AGUILAR and :
MANUEL CARRANZA CAYETANO, :
*individually and on behalf of others similarly* :
*situated,* :
:
                            Plaintiffs, : **ORDER**
:
              -v- : 19-CV-621 (JLC)
:
VBFS INC., *d/b/a* M&M MARKET DELI, :
VIRGILIA BRANCO, and FERNANDO PINHO :
SANCHES, :
:
                           Defendants. :
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court has reviewed the revised settlement agreement (Dkt. No. 63) and hereby approves it. The Clerk is directed to close this case.

      **SO ORDERED.**

Dated: March 13, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1